AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-CR-58 |
| BENJAMIN DARRELL RUCKEL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 03/15/2023

*Attorney's signature*

Daniel Grunert (DC1721133)
*Printed name and bar number*
150 M Street NE
Washington, DC 20002

*Address*

Daniel.Grunert@usdoj.gov
*E-mail address*

(202) 532-3805
*Telephone number*

(202) 353-8154
*FAX number*