# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CASE NO: 2:23-CR-58 |
| vs. | : | |
| | : | MAGISTRATE JUDGE |
| BENJAMIN DARRELL RUCKEL, | : | KIMBERLY A. JOLSON |
| | : | |
| Defendant. | : | |

### MOTION OF DEFENDANT, BENJAMIN DARRELL RUCKEL, TO CONTINUE BOND CONFERENCE

Now comes Defendant, Benjamin D. Ruckel, by and through undersigned Counsel, who hereby requests a continuance of the Bond Conference set on April 11th, 2023, at 1:00 p.m. This Motion to Continue is unopposed by the Government. The reasoning is set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ *Mark C. Collins*
**MARK C. COLLINS (0061207)**
**KAITLYN C. STEPHENS (0095589)**
Mark C. Collins Co., LPA
150 E. Mound St., Suite 308
Columbus, Ohio  43215
(614) 443-3100
(614) 413-3902-fax
mark@mcollinslaw.com
*Attorneys for Defendant, Benjamin D. Ruckel*

## MEMORANDUM IN SUPPORT

Defense Counsel will be in a definite trial before the Honorable Judge David C. Young in the Franklin County Common Pleas Court. This trial will commence on April 10th, 2023, and will take approximately two weeks. Therefore, Defense Counsel respectfully requests a continuance of the Bond Conference. The Government is in agreement with this request.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed the foregoing Motion using the CM/ECF System, which will send notification of such filing to the following: Brian J. Martinez, Esq.

/s/ Mark C. Collins
**MARK C. COLLINS (0061207)**